1 So.2d 922

**C. B. ADAIR, Claimant, v. STATE.**

6 Div. 619.

Supreme Court of Alabama.

March 18, 1941.

DeGraffenried & McDuffie, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed for want of prosecution.

1 So.2d 39

**ALABAMA PUBLIC SERVICE COMMISSION v. LOUISVILLE & NASHVILLE R. CO.**

3 Div. 323.

Supreme Court of Alabama.

Jan. 14, 1941.

PER CURIAM.

Appeal dismissed on motion of appellant.

1 So.2d 39

**ALABAMA PUBLIC SERVICE COMMISSION v. LOUISVILLE & NASHVILLE R. CO.**

3 Div. 324.

Supreme Court of Alabama.

Jan. 14, 1941.

PER CURIAM.

Appeal dismissed on motion of appellant.

3 So.2d 915

**Ex parte J. A. ALEXANDER et al., as Ex'rs.**

3 Div. 343.

Supreme Court of Alabama.

May 15, 1941.

Gipson & Gipson, of Prattville, for petitioners.

PER CURIAM.

Decree rendered; cause abated; petition dismissed.

1 So.2d 39

**Edna Perry ARNOLD v. J. F. KOONCE.**

8 Div. 63.

Supreme Court of Alabama.

Jan. 21, 1941.

PER CURIAM.

Appeal dismissed without prejudice on motion of appellant.